UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF )
)
Phyllis Dranger ) CASE NO.  06-61239
) CHAPTER 13
DEBTORS )

## MOTION FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $45.70 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That a proof of claim was filed by One Source Capital, Scott A Chernich, on November 1, 2006.
3. That your Trustee sent payment in the amount of $45.70 on said claim in April 1 2011.
4. That said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $45.70 into U.S. Treasury Fund 6047BK on behalf of One Source Capital, Scott A. Chernich, whose last known address was 313 S. Washington Square, Lansing, MI 48933.

Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically and the debtor by First Class Mail as stated below

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Duane Hartman, Debtor Attorney
Phyllis Dranger, 14 Stonegate Drive, Valparaiso, IN 46385, Debtor